Exhibit "A"

# STATE COURT OF DECATUR COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
DECATUR COUNTY, GEORGIA
**23SV00189**
**DAVID A. KENDRICK**
**NOV 04, 2024 03:20 PM**

*Cecilia Willis*
Cecilia Willis, Clerk
Decatur County, Georgia

CIVIL ACTION NUMBER  <u>23SV00189</u>

FAIRCLOTH, KELLI

_____

**PLAINTIFF**

**VS.**

BAXTER INTERNATIONAL, INC.
FH EYE CONSULTANTS, PLC
RETINAVUE, P.C.
FECAROTTA, MD, CHRISTOPHER

_____

**DEFENDANTS**

### SUMMONS

TO: BAXTER INTERNATIONAL, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Neil Edwards**
> **CHILDERS, SCHLUETER & SMITH, LLC**
> **1932 North Druid Hills Road**
> **Atlanta, Georgia 30319**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of November, 2024.**

Clerk of State Court

*Cecilia Willis*
Cecilia Willis, Clerk
Decatur County, Georgia

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
DECATUR COUNTY, GEORGIA

**23SV00189**
DAVID A. KENDRICK
NOV 04, 2024 03:20 PM

*Cecilia Willis*
Cecilia Willis, Clerk
Decatur County, Georgia

**STATE COURT OF DECATUR COUNTY**
**STATE OF GEORGIA**

KELLI FAIRCLOTH,

                Plaintiff,

      v.

CHRISTOPHER FECAROTTA, MD, FH EYE
CONSULTANTS, PLC, RETINAVUE, P.C.,
BAXTER INTERNATIONAL INC, and JOHN
DOES 1-5, 9-15.

                Defendants.

**COMPLAINT AND**
**DEMAND FOR JURY TRIAL**

**Civil Action No.: 23SV00189**

## PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

COMES NOW KELLI FAIRCLOTH (hereinafter, also referred to as "Plaintiff" or "Ms. Faircloth"), by and through the undersigned counsel, upon information and belief, at all times hereinafter mentioned, alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    KELLI FAIRCLOTH currently resides in the State of Georgia, and, resided in the State of Georgia at all times relevant to the present lawsuit.

2.    Defendant CHRISTOPHER FECAROTTA, M.D. (hereinafter also referred to as "Defendant Fecarotta") is a physician licensed in the State of Georgia (License No. 73910). Defendant Feracotta was engaged in the administering of medicine for compensation at patients of Primary Care of Southwest Georgia in Bainbridge, Decatur County, Georgia (hereinafter, also "PCSWGA"), at the time of the relevant events described below. Upon current information and belief, Dr. Fecarotta currently resides at 5750 N Central Avenue; Phoenix, Arizona (Maricopa County), and has been served with process of this lawsuit.

3.      FH EYE CONSULTANTS, PLC (hereinafter "FHEC") is a business entity registered in the State of Georgia, with its principal place of business and registered agent located at 5750 North Central Avenue; Phoenix, (Maricopa County) Arizona 85012, and may be legally served with process at that address.

4.      RETINAVUE, P.C. is a foreign professional corporation registered in the State of Georgia, with its principal place of business located at 651 S. Mt. Juliet Road; #1014, Mount Juliet, Tennessee 37122, and may be legally served with process through its Georgia Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett Couty, Georgia 30092.

5.      BAXTER INTERNATIONAL, INC. is a foreign profit corporation registered in the State of Georgia, with its principal place of business located at One Baxter Parkway, Deerfield, IL 60015, and may be legally served with process at CT Corporation System; 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046.

6.      Based on Plaintiff's current information, CHRISTOPHER FECAROTTA, M.D. was employed by and an agent of FH EYE CONSULTANTS, PLC, and was acting within the scope of his employment and agency with both FH EYE CONSULTANTS, PLC, during the time-period relevant to this action during which he provided medical services for compensation to KELLI FAIRCLOTH.

7.      To the extent that any other medical professionals or non-medical staff engaged in the administration of medicine or medical services to KELLI FAIRCLOTH in a negligent manner during her treatment for various conditions which led to her permanent vision loss, severe vision deterioration and other related injuries, such individuals are identified as one of the JOHN DOES 1-5.

8.    To the extent that Christopher Fecarotta, M.D. or JOHN DOES 1-5 were the employees or agents of any other business entities during the time-period when medical services were provided to KELLI FAIRCLOTH in a negligent manner and which led to her permanent vision loss, severe vision deterioration or other related injuries, such individuals are identified as one of the JOHN DOES 9-10.

9.    To the extent that the injuries and damages to Ms. Faircloth alleged herein were caused by negligence in the manufacture, labeling, or post-marketing monitoring for Ozempic® (semaglutide), those individuals and entities responsible for the negligent manufacture, labeling, or post-marketing monitoring for Ozempic® (semaglutide) are identified as JOHN DOES 11-15.

10.    Venue is proper in the State Court of Decatur County.

11.    Jurisdiction is proper in this Court.

## **BACKGROUND**

12.    This is a medical malpractice cause of action arising out of the negligent provision of medical services for compensation to KELLI FAIRCLOTH (hereinafter, "Ms. Faircloth") which resulted in significant injuries, including permanent loss of vision and substantial deterioration of her vision.

13.    Ms. Faircloth presented to Primary Care of Southwest Georgia – Bainbridge (hereinafter also referred to as, "PCSWGA") on January 14, 2021, for a Diabetic Retinopathy test, in addition to other primary care treatment.

14.    Ms. Faircloth was seen by Lisa Sellers, FNP on January 14. 2021, and, upon current information and belief, Nurse Sellers obtained images of Ms. Faircloth's eyes, including fundus photographs of her right eye and left eye, for the purpose of evaluating Ms. Faircloth for Diabetic Retinopathy pursuant to her regular diabetes treatment and diabetes medication management.

15.     At least one fundus photograph of Ms. Faircloth's right eye and one fundus photograph of Ms. Faircloth's left eye were sent to ophthalmologist Christopher Fecarotta, M.D., for review, evaluation, and, ultimately, a determination as to whether Ms. Faircloth had Diabetic Retinopathy.

16.     The fundus photographs of Kelli Faircloth's eyes taken by Nurse Sellers and sent to Defendant Fecarotta on January 14, 2021 demonstrated the presence of Diabetic Retinopathy in Kelli Faircloth's eyes.

17.     After review of the fundus photographs of Kelli Faircloth's eyes taken by Nurse Sellers and sent to Defendant Fecarotta on January 14, 2021, Defendant Fecarotta informed Nurse Sellers that Ms. Faircloth had "No Diabetic Retinopathy" and prepared a "Retinal Diagnostic Report" that was sent to Nurse Sellers which stated that Ms. Faircloth had "No Diabetic Retinopathy" in either eye.

18.     Ms. Faircloth had diabetic retinopathy on January 14, 2021.

19.     The Package Insert for Ozempic® (semaglutide) (Section 5.3) as of the date that it was prescribed to Kelli Faircloth stated that Ozempic® (semaglutide) could cause temporary worsening of diabetic retinopathy and that "patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy". The Package Insert (Section 6) also listed "Diabetic Retinopathy Complications" as a potential "Adverse Reaction" to Ozempic® (semaglutide).

20.     Ms. Faircloth was prescribed Ozempic® (semaglutide) on June 11, 2021, began taking Ozempic® (semaglutide) on or around that date, and continued to take Ozempic® (semaglutide) until December 2021.

21.     Nurse Sellers is the practitioner who prescribed Ozempic® (semaglutide) to Ms.

Faircloth. Nurse Sellers did not counsel Ms. Faircloth on the potential for her diabetic retinopathy to worsen, did not order or recommend additional monitoring for diabetic retinopathy, and did not advise Ms. Faircloth on the seriousness of Diabetic Retinopathy if not treated promptly.

22.    Ms. Faircloth presented to Cairo Community Care on December 21, 2022, for a medical evaluation and primary care treatment. At that time, she was experiencing no symptoms of vision problems, her physical exam indicated "no vision changes", and there were no other problems with her vision at that time.

23.    Thereafter, for the first time in her life, Ms. Faircloth began to experience symptoms of floaters and blurry vision.  She then made an appointment with Thomas Williams, OD of Port City Vision on February 21, 2022, for a general vision exam and evaluation of her eyes.  On that date, Dr. Williams informed Ms. Faircloth that he suspected that she had Diabetic Retinopathy in both eyes, and referred her to Charles Newell, M.D. of Southern Vitreoretinal Associates in Tallahassee, Florida for further evaluation and treatment of diabetic retinopathy.

24.    On or around March 21, 2022, Dr. Newell evaluated and diagnosed Ms. Faircloth with Advanced Proliferative Diabetic Retinopathy in both eyes and noted that Ms. Faircloth had the potential to develop permanent vision loss regardless of any treatment he could provide at that point.

25.    Since her diagnosis of Diabetic Retinopathy, Ms. Faircloth has permanent vision loss and deterioration such that she is legally and effectively blind in both eyes. Ms. Faircloth has undergone multiple surgeries and medical procedures on both eyes to attempt to retain what limited vision she still has, including the following:

(a) Laser Procedures

(b) Avastin Injections

(c) Panretinal Photocoagulation

(d) Membrane Peels

(e) Silicone Oil Removal

(f) Virectomies

## CAUSES OF ACTION

### COUNT I
### MEDICAL MALPRACTICE OF CHRISTOPHER FECAROTTA, M.D.

26.     Plaintiff hereby incorporates by reference all the above allegations as if fully set forth herein.

27.     Plaintiff, KELLI FAIRCLOTH ("Ms. Faircloth") was a patient of CHRISTOPHER FECAROTTA, M.D.  ("Defendant Fecarotta") on January 14, 2021. Defendant Fecarotta provided medical services for compensation to Ms. Faircloth on that date.

28.     A patient-physician relationship existed between Ms. Faircloth and Defendant Fecarotta on January 14, 2021.

29.     On January 14, 2021, Defendant Fecarotta incorrectly and negligently misdiagnosed Ms. Faircloth as having "No Diabetic Retinopathy" in either eye.  Defendant Fecarotta reported to Ms. Faircloth's primary care provider, Primary Care of Southwest Georgia – Bainbridge ("PCSWGA"), and her practitioner, Nurse Sellers, that Ms. Faircloth had "No Diabetic Retinopathy" on January 14, 2021.

30.     Ms. Faircloth had Diabetic Retinopathy on January 14, 2021.

31.     On June 11, 2021, Ms. Faircloth was prescribed Ozempic® (semaglutide) by Nurse Sellers.  At the time, having been informed that Ms. Faircloth had "No Diabetic Retinopathy", Nurse Sellers did not provide any counseling to Ms. Faircloth regarding the relationship between Ozempic® (semaglutide) and Diabetic Retinopathy, did not order or recommend any further testing

or monitoring for Diabetic Retinopathy, and did not advise Ms. Faircloth on the seriousness of Diabetic Retinopathy if not treated promptly.

32.     If Ms. Faircloth had been counseled on the fact that she had Diabetic Retinopathy, and that Ozempic could worsen or complicate her Diabetic Retinopathy, she would not have taken Ozempic® (semaglutide) and would have elected to continue taking alternative diabetes medications.

33.     The Package Insert for Ozempic® (semaglutide) (Section 5.3) as of the date that it was prescribed to Kelli Faircloth stated that Ozempic® (semaglutide) could cause temporary worsening of diabetic retinopathy and that "patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy". The Package Insert (Section 6) also listed "Diabetic Retinopathy Complications" as a potential "Adverse Reaction" to Ozempic® (semaglutide).

34.     As a result of Defendant Fecarotta's misdiagnosis of "No Diabetic Retinopathy", Ms. Faircloth was prescribed Ozempic® (semaglutide) without any counseling, monitoring, plan, or treatment recommendations consistent with a Diabetic Retinopathy patient being prescribed Ozempic® (semaglutide), and, but for Defendant Fecarotta's misdiagnosis, Ms. Faircloth's permanent vision loss, severe vision deterioration and other related injuries likely would not have occurred.

35.     Dr. Fecarotta's misdiagnosis of "No Diabetic Retinopathy" for Ms. Faircloth was a violation of the standard of care (that degree of care and skill which is employed by the medical profession generally under like conditions and surrounding circumstances) while providing medical services for compensation to Ms. Faircloth.

36.    Dr. Fecarotta's misdiagnosis of "No Diabetic Retinopathy" for Ms. Faircloth proximately caused or contributed to the rapid worsening of Ms. Faircloth's Diabetic Retinopathy and resulting permanent vision loss, vision deterioration, and other injuries.

37.    Pursuant to O.C.G.A. § 9-11-9.1, the "Affidavit of Ivan Suner, MD Regarding Christopher Fecarotta, M.D.," along with Dr. Suner's CV, is attached hereto as Exhibit A and incorporated as if fully set forth herein.  The "Affidavit of Ivan Suner M.D. Regarding Christopher Fecarotta, M.D." is relied upon and incorporated herein to describe negligent acts and/or omissions of Defendant Fecarotta.

38.    The acts and omissions of Defendant Fecarotta described above, and in Exhibit A, both of omission and commission, as well as those yet to be discovered, constitute violations of the standard of care (that degree of care and skill which is employed by the medical profession generally under like conditions and surrounding circumstances), professional negligence and negligence *per se* by Defendant Fecarotta, which caused or contributed to the injuries forming the basis of this lawsuit, including Ms. Faircloth's permanent vision loss, severe vision deterioration and other related injuries.

39.    Ms. Faircloth is entitled to all damages available under Georgia law associated with her permanent vision loss and other injuries, and such damages were proximately caused by the acts of Defendant Fecarotta, described in the above paragraphs.

## COUNT II
## VICARIOUS LIABILITY OF FH EYE CONSULTANTS, LLC, RETINAVUE, P.C., BAXTER INTERNATIONAL, INC. and JOHN DOES 9-10

40.    Plaintiff hereby incorporates by reference all of the above allegations as if fully set forth herein.

41.    Ms. Faircloth was a patient of Defendant Fecarotta on and around January 14, 2021, when Defendant Fecarotta evaluated and interpreted Ms. Faircloth's ocular images (i.e. fundus photographs of both eyes), prepared the Retinal Diagnostic Report, and misdiagnosed Ms. Faircloth as having "No Diabetic Retinopathy", which is the medical negligence that forms a basis for this lawsuit.

42.    FH EYE CONSULTANTS, PLC was identified as one of JOHN DOES 6-10 in the Plaintiff's Complaint for Damages filed on December 21, 2023. Plaintiff filed a motion to substitute JOHN DOE 6 for FH EYE CONSULTANTS, PLC on or around September 4, 2024.

43.    Defendant Fecarotta was employed by, and an agent of, FH EYE CONSULTANTS, PLC at the time that he provided medical services for compensation to Ms. Faircloth on and around January 14, 2021.

44.    RETNAVUE, P.C. was identified as one of JOHN DOES 6-10 in the Plaintiff's Complaint for Damages filed on December 21, 2023. Plaintiff filed a motion to substitute JOHN DOE 7 for RETINAVUE, P.C. on or around September 4, 2024.

45.    Defendant Fecarotta was employed by, and an agent of, RETINAVUE, P.C., at the time that he provided medical services for compensation to Ms. Faircloth on and around January 14, 2021.

46.    BAXTER INTERNATIONAL, INC. was identified as one of JOHN DOES 6-10 in the Plaintiff's Complaint for Damages filed on December 21, 2023. Plaintiff filed a motion to substitute JOHN DOE 8 for BAXTER INTERNATIONAL, INC. on or around September 4, 2024.

47.    RETINAVUE, P.C. is a wholly owned subsidiary and alter-ego of BAXTER INTERNATIONAL, INC.

48.     By virtue of Defendant Fecarotta's employment by FH EYE CONSULTANTS, LLC, the contract between FH EYE CONSULTANTS, PLC and RETINAVUE, P.C., and BAXTER INTERNATIONAL, INC.'S ownership of RETINAVUE, P.C., Defendant Fecarotta was an agent of BAXTER INTERNATIONAL, INC. at the time that he provided medical services for compensation to Ms. Faircloth on and around January 14, 2021.

49.     JOHN DOES 9-10 are any remaining legal entities which Defendant Fecarotta (or JOHN DOES 1-5) were employed by or were agents of at the time Defendant Fecarotta provided medical services for compensation to Ms. Faircloth on and around January 14, 2021, and thereafter.

50.     At all times relevant to the provision of medical services for compensation to Ms. Faircloth, Defendant Fecarotta was an agent, employee, partner, owner, apparent agent and/or ostensible agent of FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10), and, therefore, these entities are vicariously liable for the acts and omissions of Dr. Fecarotta, described above and in Exhibit A, which caused or contributed to Ms. Faircloth's injuries and damages under the doctrine of *respondeat superior* and other theories of vicarious liability applicable under Georgia law.

51.     At all times relevant to the provision of medical services for compensation to Ms. Faircloth, JOHN DOES 1-5 were agents, employees, partners, owners, apparent agents and/or ostensible agents of FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10), and, therefore, these entities are vicariously liable for the acts and omissions of JOHN DOES 1-5, described above and in Exhibit A, which caused or contributed to Ms. Faircloth's' injuries and damages under the doctrine of *respondeat superior* and other theories of vicarious liability applicable under Georgia law.

52.     For the reasons stated above and/or referenced in the Affidavit attached as Exhibit A, Ms. Faircloth's injuries and damages were caused by or significantly contributed to by the negligent acts or omissions, including the breach of the standard of care, breach of duty, professional negligence, ordinary negligence and/or negligence *per se* of Defendant Fecarotta and/or JOHN DOES 1-5, and accordingly, FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) are vicariously liable for such injuries and damages.

<u>**COUNT III**</u>
<u>**DIRECT LIABILITY OF FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL, INC. and JOHN DOES 9-10 FOR NEGLIGENT HIRING AND RETENTION**</u>

53.     Plaintiff hereby incorporates by reference all of the above allegations as if fully set forth herein.

54.     Upon current information and belief, Defendant Fecarotta was an agent and/or employee of FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) on the dates relevant to the allegations in this Complaint.

55.     At all times relevant hereto, FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) had a duty to hire, employ and retain qualified practitioners for the treatment of its patients, including physicians hired for the purpose of remotely reviewing imaging to assist in the diagnosis and treatment of patients, including Ms. Faircloth.

56.     Upon current information and belief, Defendant Fecarotta was hired and retained by FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) at the time he provided the medical services for compensation to Ms. Faircloth that form a basis for this lawsuit.

57.     FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) knew or should have known that Defendant Fecarotta was not suited for hire, employment, or retention as an ophthalmologist with responsibility for reading optical images, including fundus photographs of the eyes, and making determinations as to whether a patient has Diabetic Retinopathy.

58.     Given Defendant Fecarotta's conclusion that the optical images of Ms. Faircloth provided by her Primary Care Provider (PCSWGA and NP Sellers) showed "No Diabetic Retinopathy", Defendant Fecarotta was demonstrably unqualified to serve as an ophthalmologist for FH EYE CONSULTANTS, LLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10).  Moreover, Dr. Fecarotta is a practicing pediatric ophthalmologist with his primary employment at Phoenix Children's Hospital, which was an indication that he was potentially unqualified to serve as an ophthalmologist for adult patients like Plaintiff.

59.     Given the dangerous propensities associated with Defendant Fecarotta's demonstrable lack of knowledge related to the identification of Diabetic Retinopathy in adults necessary in the context of a patient like Ms. Faircloth, her injuries - including her permanent vision loss, severe vision deterioration and other related injuries - were a foreseeable consequence of retaining Defendant Fecarotta as an ophthalmologist for Ms. Faircloth.

60.     Due to FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) negligent hiring and retention of Defendant Fecarotta, FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) caused or contributed to Ms. Faircloth's injuries and damages - including her permanent vision loss and substantial vision deterioration. As such, Ms. Faircloth's injuries and damages were proximately caused by the

negligent hiring or retention of Defendant Fecarotta, and FH EYE CONSULTANTS, PLC, RETINAVUE, P.C., BAXTER INTERNATIONAL INC. (and potentially JOHN DOES 9-10) are liable to Plaintiff for those damages.

**COUNT IV**
**DIRECT LIABILITY OF JOHN DOES 1-5**

61.     Plaintiff hereby incorporates by reference all of the above allegations as if fully set forth herein.

62.     Based on current information and belief, it is believed that one or more of JOHN DOES 1-5 may have breached the standard of care or was otherwise negligent for failing to provide reasonable treatment to Ms. Faircloth on January 14, 2021, at the time of her prescription of Ozempic® (semaglutide) on June 11, 2021, and at other times related to the allegations in this lawsuit.  This includes, but is not limited to, any failure of JOHN DOES 1-5 to provide full, complete, and accurate information to Defendant Fecarotta for the purposes of his evaluation of Ms. Faircloth for Diabetic Retinopathy.

63.     JOHN DOES 1-5 also include any additional providers or entities not currently known to Plaintiff which had a duty to provide reasonable medical services within the standard of care or a duty to protect their patients, but failed to do so and were thereby negligent and/or breached the standard of care.

64.     For the reasons stated above and/or referenced in the Affidavit attached as Exhibit A, Ms. Faircloth's injuries and damages, including her permanent vision loss and substantial vision deterioration, were caused by or significantly contributed to by the negligent acts or omissions, including the breach of the standard of care, breach of duty, professional negligence, ordinary negligence and/or negligence *per se*, of JOHN DOES 1-5.

**COUNT V**
**DIRECT LIABILITY OF JOHN DOES 11-15 FOR NEGLIGENCE**

65.     Plaintiff hereby incorporates by reference all of the above allegations as if fully set forth herein.

66.     JOHN DOES 11-15 are the manufacturers and labelers of the drug Ozempic who owed a duty to the general public, including Ms. Faircloth and her health care providers, to exercise reasonable care in the design, study, development, manufacture, promotion, sale, labeling, marketing and distribution of Ozempic® (semaglutide) at issue in the lawsuit.

67.     To the extent JOHN DOES 11-15 breached their duty and/or failed to exercise reasonable care in the manufacture of Ozempic® (semaglutide), creation of the package insert and warnings for Ozempic® (semaglutide), and/or the monitoring post-marketing data in a reasonable manner, such breach caused or contributed to Ms. Faircloth's injuries and damages.

68.     To the extent that JOHN DOES 11-15 were negligent in the manufacture, labeling and/or post-marketing surveillance of Ozempic® (semaglutide), such negligence caused or contributed to Ms. Faircloth's injuries and damages - including her permanent vision loss and substantial vision deterioration.

**COUNT VI**
**DAMAGES OF KELLI FAIRCLOTH**

69.     Plaintiff hereby incorporates by reference all the above allegations as if fully set forth herein.

70.     As a result of the negligence of the Defendants, Ms. Faircloth has required extensive medical treatment, incurred significant medical expenses and will continue to require medical

treatment and incur medical expenses in the future, which would not have been required in the absence of such negligence.

71.     As a result of the negligence of the Defendants, Ms. Faircloth experienced extensive pain and suffering and will continue to experience pain and suffering in the future, which would not have occurred in the absence of such negligence.  Such pain and suffering, includes, but is not limited to loss of enjoyment of life, loss of time spent in a hospital and undergoing medical treatment, loss of ability to make a living, physical pain and suffering, and emotional pain and suffering, both in the past and in the future.

72.     As a result of the negligence of these Defendants, Ms. Faircloth was out of work and lost wages and/or benefits and may continue to lose wages and/or benefits in the future, which would not have occurred in the absence of the negligence and injuries described in the above paragraphs.

**WHEREFORE,** Plaintiff prays for relief as follows:

(a)  That process issue according to law;

(b)  That Defendants be served with a copy of this First Amended Complaint for Damages and/or the previously filed Complaint For Damages and show cause why the prayers for relief requested herein should not be granted;

(c)  That Plaintiff be granted a **trial by jury** in the matter;

(d)  That the Court enter a judgment against Defendants for all general and compensatory damages allowable to Plaintiff;

(e)  That the Court enter a judgment against Defendants for all special damages allowable to Plaintiff;

(f) That the Court enter a judgment against Defendants for all other relief sought by Plaintiffs under the Complaint;

(g) That Plaintiff recover from all Defendants an amount in excess of $10,000 without any deduction for necessary or other personal expenses incurred;

(h) That the costs of the action be cast upon Defendants; and

(i) That the Court grant Plaintiff such further relief which the Court deems just and appropriate.

Respectfully submitted this 4th day of November, 2024

_____
Neil T. Edwards
Georgia Bar No. 967177

CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, GA 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
Email:  nedwards@cssfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the above-referenced matter with a copy of **FIRST AMENDED COMPLAINT FOR DAMAGES** via the Court's e-filing system, electronic mail and/or by depositing a copy of same in the United States Postal Service with adequate postage affixed hereto, as follows:

Cynthia Y. Patane
SHESTON LAW GROUP
14550 N. Frank Lloyd Wright Blvd., Suite 200
Scottsdale, Arizona 85260
*Counsel for Defendants Christopher Fecarotta, M.D. and*
*FH Eye Consultants, PLC*

Gregory T. Talley
COLEMAN TALLEY, LLP
109 South Ashley St.
Valdosta, GA 31601
*Counsel for Defendants Christopher Fecarotta, M.D. and*
*FH Eye Consultants, PLC*

Respectfully submitted this 4th day of November, 2024

*/s/ Neil T. Edwards*
**NEIL T. EDWARDS**
Georgia Bar No. 967177
*Counsel for Plaintiff*

**CHILDERS, SCHLUETER & SMITH, LLC**
1932 N. Druid Hills Road, Suite 100
Atlanta, GA 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
Email: nedwards@cssfirm.com

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

### AFFIDAVIT OF IVAN SUNER, M.D.
### REGARDING CHRISTOPHER FECAROTTA, M.D.

Personally appeared before the undersigned officer duly authorized to administer oaths in the State of Florida, Ivan Suner, M.D., who having been duly sworn deposes and states as follows:

1.      My name is Ivan Suner, M.D. I am a United States citizen and resident of the State of Florida.

2.      I am over the age of majority, and I suffer no disability and am competent to give this Affidavit.

3.      I am currently an Ophthalmologist, board certified by the American Board of Ophthalmology, and licensed to practice medicine in the State of Florida.

4.      For at least the relevant time period regarding medical experts under Georgia law, which, in the present case is 2016-2021 (the five years preceding the malpractice which is the subject of this Affidavit), I was a practicing Ophthalmologist with an active board certification in Ophthalmology and license to practice medicine in the State of Florida.

5.      Based on my knowledge, training, skill and experience, I am familiar with the standard of care required for treating patients and providing medical services to patients in the same or similar circumstances as Christopher Fecarotta, M.D. provided such treatment and medical services to Kelli Faircloth in 2021. This includes my knowledge, training, skill and experience as a practicing Ophthalmologist from 2016-2021.

6.      Between 2016 and 2021, I consistently and actively worked as an Ophthalmologist for Retina Associates of Florida in Tampa, Florida. During that time period, I would routinely evaluate ocular images remotely on behalf of primary care practitioners for the

Page **1** of **3**

EXHIBIT
**A**

purpose of determining whether a patient had diabetic retinopathy, in the same manner which it appears that Christopher Fecarotta, M.D. evaluated ocular images for Kelli Faircloth at the request of Primary Care of Southwest Georgia - Bainbridge. I was a practicing Ophthalmologist in this manner during the relevant time period of 2016 to 2021 with sufficient frequency to establish an appropriate level of knowledge in rendering the treatment which is alleged in this Affidavit to have been performed or rendered negligently by Christopher Fecarotta, M.D.

7.    Attached to this Affidavit as Exhibit 1 is a true and accurate copy of my Curriculum Vitae which contains my educational background, licenses and certifications, professional and academic positions, publications, and professional activities.

8.    This Affidavit is based upon my education, training, and experience, and my familiarity with the standard of care applicable to Ophthalmologists generally under like conditions and similar circumstances as those presented in the treatment, evaluation and diagnosis of Kelli Faircloth by Christopher Fecarotta, M.D., as contained in the Retinal Diagnostic Report of Kelli Faircloth, which I have reviewed, and upon which this Affidavit is given.

9.    In giving this Affidavit, I have reviewed Kelli Faircloth's Retinal Diagnostic Reports, and I have assumed for the purpose of this Affidavit that the ocular images provided to Dr. Fecarotta by Primary Care of Southwest Georgia – Bainbridge are substantially similar to the ocular images contained in the Retinal Diagnostic Report which I have reviewed in forming this opinion, and that the Retinal Diagnostic Report otherwise accurately reflects the course of evaluation and treatment received by Kelli Faircloth.

10.    It is my opinion that, more likely than not, Ms. Faircloth had Diabetic Retinopathy on January 14, 2021, and the ocular images from that date contained sufficient information such that an Ophthalmologist of ordinary skill practicing in a reasonable manner and

within the standard of care would have identified the presence of Diabetic Retinopathy on the relevant ocular images, and reported to Ms. Faircloth's primary care providers that she likely had Diabetic Retinopathy on January 14, 2021.

11.     It is my opinion to a reasonable degree of medical certainty that Christopher Fecarotta, M.D. misdiagnosed Kelli Faircloth as having "No Diabetic Retinopathy" and reported that misdiagnosis to Ms. Faircloth's primary care pursuant to his Retinal Diagnostic Report of January 14, 2021, which was a breach of the standard of care.

12.     This Affidavit is given to comply with the provisions of O.C.G.A § 9-11-9.1 and other Georgia law which states that a single negligent act or omission be specified in order to file a professional malpractice complaint.  This Affidavit is not intended to be a summary of all of my opinions that I currently have, or that I may arrive at in the future, and I reserve the right to modify or alter my opinions, if additional medical records, testimony or other facts become available to me at a later date, as well as to form additional opinions.

_____
Ivan Suñer, M.D.

Sworn to and subscribed by me this
__21__ Day of _December_ 2023.

_____
Notary Public
State of Florida
My Commission Expires: _Aug 10 2024_

SUSAN SHEER CURRY
Notary Public - State of Florida
Commission # HH 030749
My Comm. Expires Aug 10, 2024

# CURRICULUM VITAE

**Updated: July 2023**

**Name:** Ivan Jose Suñer, M.D., M.B.A.
Retina Associates of Florida, LLC
602 South MacDill Avenue
Tampa, FL  33609-4614
(813) 875-6373 (Main)
(813) 876-0960 (FAX)

## Education

| | |
|---|---|
| **Antilles High School** | 1984 |
| Ft. Buchanan, PR | Valedictorian |
| **Harvard University** | 1988 |
| Cambridge, MA | B.A., *Magna cum laude* |
| **Yale University** | 1992 |
| New Haven, CT | M.D. |
| **University of South Florida** | 2014 |
| Tampa, FL | M.B.A. (Health Administration and Finance) |

## Professional Training:

| | |
|---|---|
| **Yale University/Norwalk Hospital** | |
| Internship-Internal Medicine | 1992-1993 |
| **University of Miami/Bascom Palmer Eye Institute** | |
| Residency in Ophthalmology | 1993-1996 |
| **University of Miami/Bascom Palmer Eye Institute** | |
| Fellowship-Vitreoretinal Diseases and Surgery | 2000-2002 |
| **Wills Eye Hospital/Thomas Jefferson University** | |
| Ocular Oncology | February 2009 |

## Employment:

| | |
|---|---|
| **U.S. Air Force-Scott Air Force Base, IL** | |
| Chief of Ophthalmology | 1996-2000 |
| **Washington University-St. Louis** | |
| Assistant Professor of Ophthalmology | 1997-2000 |
| **University of Miami-Bascom Palmer Eye Institute** | |
| Assistant Professor of Ophthalmology | 2000-2005 |
| **Miami Veterans Affairs Medical Center** | |
| Staff Ophthalmologist | 2000-2002 |
| **Miami Veterans Affairs Medical Center** | |
| Chief of Ophthalmology Section | 2002-2005 |
| Associate Chief of Surgery Service | 2003-2005 |

**Duke Eye Center-Duke University Medical Center**
Associate Professor of Ophthalmology                                 2005-2008

**Durham Veterans Affairs Medical Center**
Chief of Ophthalmology Section                                        2005-2008
Associate Chief of Surgery Service

**Retina Associates of Florida, P.A.**
President and Chief Executive Officer
Private Practice – Limited to Diseases and Surgery of Retina and Macula    2009-present

**Univ of South Florida Department of Ophthalmology**
Clinical Associate Professor of Ophthalmology                         2010-present

**Memorial Hospital of Tampa**                                        2013 - 2014
Chief of Surgery

**Memorial Hospital of Tampa**                                        2015 - 2016
Vice Chief of Staff

<u>**Medical Licensure:**</u>
National Board of Medical Examiners, 1993
Florida #ME-0064994, issued 7/1993
North Carolina #2005-01163, issued 9/2005
Drug Enforcement Agency – BS6686349

<u>**Professional Certification:**</u>
Diplomate, National Board of Medical Examiners, 1993, Candidate #415499
Diplomate American Board of Ophthalmology, 1998; recertification valid to 2028
Fellow American College of Surgeons, 2016

<u>**Scholarly Societies:**</u>
American Academy of Ophthalmology
American Society of Retina Specialists
The Retina Society
The Macula Society
European Vitreoretinal Society
American Board of Ophthalmology: Oral Boards Examiner
Club Vit
Aspen Retinal Detachment Society

<u>**Papers and Publications**</u>:

<u>**Refereed Journals**</u>:

1.    Ramírez-Rivera J, Suñer-Doran IJ. False unilateral hyperlucent lung: a trapped lung
      with persistent pneumothorax. *Bol Asoc Med P Rico* 1987;79:247-250.

2.    Rakic P, Lidow M, Meinecke D, Suñer I. Intrinsic and extrinsic determinants of
      cerebral cortical areas. *Cold Spring Harbor Symposium* 1990;55:83.

3.    Rakic P, Suñer I, Williams RW. A novel cytoarchitectonic area induced experimentally within the primate visual cortex. *Proc Natl Acad Sci USA* 1991;88:2083-2087.

4.    Suñer I, Rakic P. Numerical relationship between neurons in the lateral geniculate nucleus and primary visual cortex in macaque monkeys. *Vis Neurosci* 1996;13:585-590.

5.    Greenfield DS, Suñer IJ, Miller MP, Kangas TA, Palmberg PF, Flynn HW. Endophthalmitis following filtering surgery with mitomycin. *Arch Ophthalmol* 1996;114:943-949.

6.    Greenfield DS, Miller MP, Suñer IJ, Palmberg PF. Needle elevation of the scleral flap for failing filtration blebs after trabeculectomy with mitomycin C. *Am J Ophthalmol* 1996;122:195-204.

7.    Suñer IJ, Greenfield DS, Miller MP, Palmberg PF. Hypotony maculopathy following filtration surgery with mitomycin C. *Ophthalmology* 1997;104:207-215.

8.    Suñer IJ, González C. Congenital absence of meibomian glands in the Setleis forceps marks syndrome. *J Ped Ophthalmol & Strabismus* 1997;34:378-380.

9.    Suñer IJ, Meldrum ML, Johnson TE, Tse DT. Necrotizing fasciitis after cosmetic blepharoplasty. *Am J Ophthalmol* 1999;128:367-368.

10.   Espinosa-Heidmann DG, Suñer IJ, Hernandez EP, Frazier WD, Csaky KG, Cousins SW. Age as an independent risk factor for severity of experimental choroidal neovascularization. *Invest Ophthal Vis Sci* 2002;43:1567-1573.

11.   Espinosa-Heidmann DG, Suñer IJ, Hernandez EP, Monroy D, Csaky KG, Cousins SW. Macrophage depletion diminishes lesion size and severity in experimental choroidal neovascularization. *Invest Ophthal Vis Sci* 2003;44(8):3586-3592.

12.   Suñer IJ, Espinosa-Heidmann DG, Marin-Castaño ME, Hernandez EP, Pereira-Simon S, Cousins SW. Nicotine increases size and severity of choroidal neovascularization, *Invest Ophthal Vis Sci* 2004;45(1):311-317.

13.   Miller DM, Espinosa-Heidmann DG, Legra J, Dubovy SR, Suñer IJ, Sedmak DD, Dix RD, Cousins SW. The association of prior cytomegalovirus infection with neovascular age-related macular degeneration, *Am J Ophthalmol* 2004;138:323-328.

14.   Espinosa-Heidmann DG, Suñer IJ, Catanuto P, Hernandez EP, Marin-Castaño ME, Cousins SW. Cigarette smoke-related oxidants and the development of sub-RPE deposits in an experimental animal model of Dry AMD. *Invest Ophthal Vis Sci* 2006;27:729-737.

15.   Matchar DB, Suñer IJ, Samsa GP, McCrory DC, Cline K, Lee PP. Measuring Quality of Life for Patients with Age-Related Macular Degeneration. *Agency for Healthcare Research and Quality (US) (Internet)* 2006.

16.   Bearelly S, Mruthyunjaya P, Tzeng JP, Suñer IJ, Shea AM, Lee JT, Kowalski JW, Curtis LH, Schulman KA, Lee PP. Identification of patients with diabetic macular edema from claims data: a validation study. *Arch Ophthalmol* 2008;126:986-989.

17.     Friberg TR, Gupta A, Yu J, Huang L, Suñer I, Puliafito CA, Schwartz SD. Ultrawide angle fluorescein angiographic imaging: a comparison to conventional digital acquisition systems. *Ophthalmic Surg Lasers Imaging* 2008;39:304-311.

18.     Suñer IJ, Kokame GT, Yu E, Ward J, Dolan C, Bressler NM. Responsiveness of NEI VFQ-25 to changes in visual acuity in neovascular AMD: Validation studies from two phase 3 clinical trials. *Invest Ophthal Vis Sci* 2009;50:3629-3635.

19.     Ip MS, Scott IU, VanVeldhuisen PC, Oden NL, Blodi BA, Fisher M, Singerman LJ, Tolentino M, Chan CK, Gonzalez VH; SCORE Study Research Group. A randomized trial comparing the efficacy and safety of intravitreal triamcinolone with observation to treat vision loss associated with macular edema secondary to central retinal vein occlusion: the Standard Care vs Corticosteroid for Retinal Vein Occlusion (SCORE) study report 5. *Arch Ophthalmol*. 2009;127:1101-1114.

20.     Scott IU, Ip MS, VanVeldhuisen PC, Oden NL, Blodi BA, Fisher M, Chan CK, Gonzalez VH, Singerman LJ, Tolentino M; SCORE Study Research Group. A randomized trial comparing the efficacy and safety of intravitreal triamcinolone with standard care to treat vision loss associated with macular Edema secondary to branch retinal vein occlusion: the Standard Care vs Corticosteroid for Retinal Vein Occlusion (SCORE) study report 6. *Arch Ophthalmol*. 2009;127:1115-1128.

21.     Scott IU, Oden NL, VanVeldhuisen PC, Ip MS, Blodi BA, Antoszyk AN; SCORE Study Investigator Group. SCORE Study Report 7: incidence of intravitreal silicone oil droplets associated with staked-on vs luer cone syringe design. *Am J Ophthalmol*. 2009;148:725-732.

22.     Bressler NM, Chang TS, Suñer IJ, Fine JT, Dolan CM, Ward J, Ianchulev T; MARINA and ANCHOR Research Groups. Vision-related function after ranibizumab treatment by better- or worse-seeing eye: clinical trial results from MARINA and ANCHOR. *Ophthalmology*. 2010;117:747-756.

23.     CATT Research Group, Martin DF, Maguire MG, Ying GS, Grunwald JE, Fine SL, Jaffe GJ. Ranibizumab and bevacizumab for neovascular age-related macular degeneration. *N Engl J Med*. 2011;364:1897-908.

24.     Bressler NM, Doan QV, Varma R, Lee PP, Suñer IJ, Dolan C, Danese MD, Yu E, Tran I, Colman S. Estimated cases of legal blindness and visual impairment avoided using ranibizumab for choroidal neovascularization: non-Hispanic white population in the United States with age-related macular degeneration. *Arch Ophthalmol*. 2011;129:709-17.

25.     CATT Research Group, Martin DF, Maguire MG, Fine SL, Ying GS, Jaffe GJ, Grunwald JE, Toth C, Redford M, Ferris FL 3rd. Ranibizumab and bevacizumab for neovascular age-related macular degeneration: two-year results. *Ophthalmology*. 2012;119:1388-98.

26.     Varma R, Bressler NM, Suñer I, Lee P, Dolan CM, Ward J, Colman S, Rubio RG; BRAVO and CRUISE Study Groups. Improved vision-related function after ranibizumab for macular edema after retinal vein occlusion: Results from the BRAVO and CRUISE Trials. *Ophthalmology*. 2012;119:2108-18.

27.    Bressler NM, Chang TS, Varma R, Suñer I, Lee P, Dolan CM, Ward J, Ianchulev T, Fine J. Driving ability reported by neovascular age-related macular degeneration patients after treatment with ranibizumab. *Ophthalmology*. 2013;120:160-8.

28.    Busbee BG, Ho AC, Brown DM, Heier JS, Suñer IJ, Li Z, Rubio RG, Lai P, HARBOR Study Group, 12-Month Efficacy and Safety of 0.5 mg or 2.0 mg Ranibizumab in Patients with Subfoveal Neovascular Age-Related Macular Degeneration. *Ophthalmology*. 2013: 120;1046-1056.

29.    Jaffe GJ, Martin DF, Toth CA, Daniel E, Maguire MG, Ying GS, Grunwald JE, Huang J, Comparison of Age-related Macular Degeneration Treatments Trials Research Group. Macular morphology and visual acuity in the comparison of age-related macular degeneration treatments trials. *Ophthalmology*. 2013;120;1860-70.

30.    Suñer IJ, Bressler NM, Varma R, Lee P, Dolan CM, Ward J, Colman S, Rubio RG. Reading speed improvements in retinal vein occlusion after ranibizumab treatment. *JAMA Ophthalmol*. 2013;131;851-6.

31.    Hagstrom SA, Ying GS, Pauer GJ, Sturgill-Short GM, Huang J, Maguire MG, Martin DF; Comparison of Age-Related Macular Degeneration Treatments Trials CATT Research Group. VEGFA and VEGFR2 gene polymorphisms and response to anti-vascular endothelial growth factor therapy: comparison of age-related macular degeneration treatments trials (CATT). *JAMA Ophthalmology*. 2014;132:521-7.

32.    Kim BJ, Ying GS, Huang J, Levy NE, Maguire MG; CATT Research Group. Sporadic visual acuity loss in the Comparison of Age-Related Macular Degeneration Treatments Trials (CATT). *Am J Ophthalmol*. 2014;158:128-35.

33.    Suñer IJ, Margolis J, Ruiz K, Tran I, Lee P. Direct medical costs and resource use for treating central and branch retinal vein occlusion in commercially insured working-age and medicare populations. *Retina*. 2014;34:2250-8.

34.    Bressler NM, Varma R, Suñer IJ, Dolan CM, Ward J, Ehrlich JS, Colman S, Turpcu A, RIDE and RISE Research Groups. Vision-Related Function after Ranibizumab Treatment for Diabetic Macular Edema: Results from RIDE and RISE. *Ophthalmology*. 2014;121:2461-72.

35.    Altaweel MM, Martin DE, Mittra RA, Grunwald JE, Lai MM, Melamud A, Morse LS, Huang J, Ferris FL 3rd, Fine SL, Maguire MG; CATT Research Group. Outcomes of Eyes with Lesions of >50% Blood  in the Comparison of Age-Related Macular Degeneration Treatments Trials (CATT). *Ophthalmology*. 2015;122:391-8.

36.    Suñer IJ, Peden MC, Hammer ME, Grizzard WS,Traynom J, Cousins SW. RaScaL: A Pilot Study to Assess the Efficacy, Durability, and Safety of a Single Intervention with Ranibizumab + Peripheral Laser for Diabetic Macular Edema Associated with Peripheral Nonperfusion on Ultrawide-field Angiography. *Ophthalmologica*. 2015; 233:89-95.

37.    Peden MC, Suñer IJ, Hammer ME, Grizzard WS. Long-Term Outcomes in Eyes Receiving Fixed-Interval Dosing of Anti-Vascular Endothelial Growth Factor Agents for Wet Age-Related Macular Degeneration. *Ophthalmology*. 2015; 122:803-8.

38.    Diabetic Retinopathy Clinical Research Network, Wells JA, Glassman AR, Ayala
       AR, et. al, Aflibercept, bevacizumab, or ranibizumab for diabetic macular edema. *N
       Engl J Med.* 2015; 26:1193-1203.

39.    Friedman SM, Almukhtar TH, Baker CW, Glassman AR, Elman MJ, Bressler
       NM, Maker MP, Jampol LM, Melia M., et al. Topical nepafenac in eyes with
       noncentral diabetic macular edema. Retina. 2015;35:944-56.

40.    Aref AA, Scott IU, Oden NL, Ip MS, Blodi BA, VanVeldhuisen PC; SCORE
       Study Investigator Group. Incidence, Risk Factors, and Timing of Elevated
       Intraocular Pressure After Intravitreal Triamcinolone Acetonide Injection for
       Macular Edema Secondary to Retinal Vein Occlusion: SCORE Study Report
       15. *JAMA Ophthalmol*. 2015;133:1022-9.

41.    Willoughby AS, Ying GS, Toth CA, Maguire MG, Burns RE, Grunwald JE,
       Daniel E, Jaffe GJ; Comparison of Age-Related Macular Degeneration
       Treatments Trials Research Group. Subretinal Hyperreflective Material in the
       Comparison of Age-Related Macular Degeneration Treatment Trials.
       Ophthalmology. 2015;122:1846-185.

42.    Bressler NM, Varma R, Mitchell P, Suñer IJ, Dolan C, Ward J, Ferreira A, Ehrlich J,
       Turpcu A. Effect of Ranibizumab on the Decision to Drive and Vision Function
       Relevant to Driving, in Patients with Diabetic Macular Edema: Report from
       RESTORE, RIDE, and RISE Trials. *JAMA Ophthalmol*. 2016;134:160-6.

43.    Wells JA, Glassman AR, Jampol LM, Aiello LP, Antoszyk AN, Baker CW, Bressler
       NM, Browning DJ, Connor CG, Elman MJ, Ferris FL, Friedman SM, Melia M,
       Pieramici DJ, Sun JK, Beck RW; Diabetic Retinopathy Clinical Research Network,
       Association of Baseline Visual Acuity and Retinal Thickness With 1-Year Efficacy of
       Aflibercept, Bevacizumab, and Ranibizumab for Diabetic Macular Edema. *JAMA
       Ophthalmol.* 2016;134:127-34.

44.    Daniel E, Shaffer J, Ying GS, Grunwald JE, Martin DF, Jaffe GJ, Maguire MG;
       Comparison of Age-Related Macular Degeneration Treatments Trials (CATT)
       Research Group. Outcomes in Eyes with Retinal Angiomatous Proliferation in the
       Comparison of Age-Related Macular Degeneration Treatments Trials (CATT)
       *Ophthalmology*. 2016;123:609-16.

45.    Shah N, Maguire MG, Martin DF, Shaffer J, Ying GS, Grunwald JE, Toth CA, Jaffe
       GJ, Daniel E; Comparison of Age-Related Macular Degeneration Treatments Trials
       (CATT) Research Group. Angiographic Cystoid Macular Edema and Outcomes  in
       the Comparison of Age-Related Macular Degeneration Treatment Trials (CATT)
       *Ophthalmology*. 2016;123:858-64.

46.    Sharma S, Toth CA, Daniel E, Grunwald JE, Maguire MG, Ying GS, Huang J, Martin
       DF, Jaffe GJ; Comparison of Age-Related Macular Degeneration Treatments Trials
       (CATT) Research Group. Macular Morphology and Visual Acuity in the Second Year
       of the Comparison of Age-Related Macular Degeneration Treatments Trials (CATT)
       *Ophthalmology*. 2016;123:609-16.

47.    Suñer IJ, Bressler NM, Varma R, Dolan CM, Ward J, Trupca A, Responsiveness of the NEI-VFQ-25 to Visual Acuity Gains in Patients with Diabetic Macular Edema: Evidence from the RIDE and RISE Trials. *Retina*. 2017;37:1126-33.

48.    Jampol LM, Glassman AR, Liu D, Aiello LP, Bressler NM, Duh EJ, Quaggin S, Wells JA, Wykoff CC, Diabetic Retinopath Clinical Research Network, Plasma Vascular Endothelial Growth Factor Concentrations after Intravitreous Anti-Vascular Endothelial Growth Factor Therapy for Diabetic Macular Edema. *Opthalmology*. 2018;125:1054-1063.

49.    Suñer IJ, Suñer IA, Peden MC, Hammer ME, Traynom J.  The REVOLUTIONARY Trial: A Pilot Study to Assess the Efficacy, Durability, and Safety of Combination Ranibizumab + Peripheral Scatter Laser for Macular Edema Secondary to Branch Retinal Vein Occlusion Associated with Peripheral Nonperfusion on Ultrawide-field Angiography. *J Clin Ophthalmol*. 2018;2:80-5.

50.    Peden MC, Hammer ME, Suñer IJ. Dilute Povidone-Iodine Maintains Safety While Improving Patient Comfort After Intravitreal Injections. *Retina*. 2019;39:2219-2224.

51.    Sivaprasad S, Tschosik EA, Guymer RH, Kapre A, Suñer IJ, Joussen AM, Lanzetta P, Ferrara D. Living with Geographic Atrophy: An Ethnography Study. *Ophthalmol Ther*, 2019;8;1:115-124.

52.    Peden MC, Hammer ME, Suñer IJ. Reply: Dilute Povidone-Iodine Maintains Safety While Improving Patient Comfort After Intravitreal Injections. *Retina*. 2019.

53.    Grewal DS, Fletcher DC, Hariprasad SM, Suñer IJ. Effect of fluocinolone acetonide 0.2 µg/day implant on the decision to drive in patients with diabetic macular oedema: a report from the FAME study. *BMJ Open Ophthalmol,* 2019 epub before publication.

54.    Varma R, Bressler NM, Doan QV, Suñer IJ, Danese M, Dolan CM, Lee A, Ehrlich JS, Rajput Y. Diabetic Population-Based Model to Estimate Impact of Ranibizumab on Diabetic Retinopathy Severity in Patients with Diabetic Macular Edema. *Clin Ophthalmol*, 2020;14:1249-1259.

55.    Iyer PG, Peden MC, Suñer IJ, Patel N, Dubovy SR, Albini TA. Brolucizumab-related retinal vasculitis with exacerbation following ranibizumab retreatment: A clinicopathologic case study. *Am J Ophthalmol Case Rep*, 2020:20:100989.

56.    Suñer IJ, Peden MC. Dexamethasone sustained-release intracanalicular insert for control of postoperative inflammation after pars plana vitrectomy. *Clin Ophthalmol*, 2021;15:3859-3864.

57.    Maguire MG, Liu D, Bressler SB, DRCR Retina Network. Lapses in care among patients assigned to ranibizumab for proliferative diabetic retinopathy: a post hoc analysis of a randomized clinical trial. *JAMA Ophthalmol*, 2021;139(12):1266-1273.

58.    Heier JS, Khanani AM, Quezada Ruiz C, et al. Efficacy, durability, and safety of intravitreal faricimab up to every 16 weeks for neovascular age-related macular degeneration (TENAYA and LUCERNE): two randomized, double-masked, phase 3 non-inferiority trials. *Lancet*, 2022;399(10326):729-740.

59.    Wykoff CC, Abreu F, Adamis AP, et al. Efficacy, durability, and safety of intravitreal faricimab with extended dosing up to every 16 weeks in patients with diabetic macular oedema (YOSEMITE and RHINE): two randomized, double-masked, phase 3 trials. *Lancet*, 2022;399(10326):741-755.

60.    Core JQ, Pistilli M, Hua P, et al. Persistent intraretinal fluid in the comparison of age-related macular degeneration treatment trials. *Ophthalmol Retina*, 2022;6(9):771-785.

61.    Core JQ, Hua P, Grunwald, JE, et al. Thiazolidinedione use and retinal fluid in the comparison of age-related macular degeneration treatment trials. *Br J Ophthalmol*, 2022;epub ahead of print.

62.    Jhaveri CD, Glassman AR, Ferris FL 3rd, DRCR Retina Network. Aflibercept monotherapy or bevacizumab first for diabetic macular edema. *N Engl J Med*, 2022;387(8):692-703.

63.    Do DV, Gordon C, Suñer IJ, Reed K, Moini H, Gibson A, Du W, Shah CP. Proliferative diabetic retinopathy events in patients with diabetic macular edema: post hoc analysis of VISTA and VIVID Trials. *J Vitreoret Dis*, 2022;6(4):295-301.

64.    Hutton DW, Glassman AR, Liu D, Sun JK; DRCR Retina Network. Cost-effectiveness of aflibercept monotherapy vs bevacizumab first followed by aflibercept if needed for diabetic macular edema. *JAMA Ophthalmol*, 2023;141(3):268-274.

65.    Xue K, Hua P, Maguire MG, Daniel E, Jaffe GJ, Grunwald JE, Ying GS. Prediction for 2-year vision outcomes using early morphologic and functional responses in the Comparison of Age-related macular degeneration Treatments Trials. *Ophthalmol Retina*, 2023;S2468-6530(23):73-78.

66.    Shimura M, Kitano S, Ogata N, Mitamura Y, Oh H, Ochi H, Ohsawa S, Hirakata A, YOSEMITE and RHINE Investigators. Efficacy, durability, and safety of faricimab with extended dosing up to every 16 weeks in Japanese patients with diabetic macular edema: 1-year results from the Japan subgroup of the phase 3 YOSEMITE trial. *Jpn J Ophthalmol*, 2023;epub ahead of print.

67.    Kolomeyer AM, Eichenbaum DA, Kiernan DF, Suñer IJ, Hariprasad SM. The 0.19-mg fluocinolone acetonide implant for the treatment of diabetic macular edema: an expert consensus. *Ophthalmic Surg Lasers Imaging Retina*, 2023;54(3):166-173.

**Books/Monographs/Chapters in Books:**

"Measuring Quality of Life for Patients with Age-Related Macular Degeneration," Medicare Coverage Advisory Committee Technology Assessment and Presentation

"Panretinal Photocoagulation for Proliferative Diabetic Retinopathy," in Curbside Consultation in Retina: 49 Clinical Questions (Fekrat S, editor)

"Vitreous Substitutes-Gas, Fluid Viscoelastic, Silicone, Perfluorocarbon", Tasman, W.S. and Jaeger, E.A, eds, *Duane's Clinical Ophthalmology*. Philadelphia, PA: J.B. Lippincott Co; 2010.

**Thesis Work:**

1.  Suñer IJ. Studies in the purification of and the precocious induction of synthesis of juvenile hormone esterase in the tobacco hornworm, Manduca sexta. Honors thesis for Bachelor of Arts Degree, Department of Biology, Harvard University, Cambridge, MA, 1988.

2.  Suñer IJ. Influences of the lateral geniculate nucleus in the specification of primary visual cortex in Macaca mulatta. Doctoral thesis, Yale University School of Medicine, New Haven, CT, 1992.

**Professional awards and special recognitions**:

| | |
|---|---:|
| National Merit Scholar | 1984 |
| Presidential Scholar | 1984 |
| Harvard College Scholarship | 1985-1988 |
| Bachelor of Arts, *Magna cum laude*, Harvard University | 1988 |
| US Air Force Health Professions Scholarship, Yale School of Medicine | 1988-1992 |
| Distinguished Graduate, US Air Force Officer Training School | 1996 |
| Instructor of the Year, U.S. Air Force Physicians Assistant Training Program, Scott Air Force Base Medical Center, Scott AFB, IL | 1999 |
| Meritorious Service Medal, United States Air Force | 2000 |
| Honorable Discharge, United States Air Force | 2000 |
| Physician Nominee, Federal Employee of the Year, Miami VAMC | 2000 |
| Professor of the Year, Bascom Palmer Eye Institute, University of Miami School of Medicine, Miami, FL | 2000-2001 |
| First-Year Resident Teaching Award, Bascom Palmer Eye Institute, University of Miami School of Medicine, Miami, FL | 2001-2002 |
| Physician Nominee, Federal Employee of the Year, Miami VAMC | 2004 |
| Edward L. Ross Foundation Award for Macular Degeneration and Low Vision Care | 2005 |
| Professor of the Year, Bascom Palmer Eye Institute, University of Miami School of Medicine, Miami, Fl | 2004-2005 |
| Performance Award, Durham Veterans Affairs Medical Center, Durham, NC | 2005-2006 |
| Professor of the Year, Duke Eye Center, Duke University School of Medicine | 2006-2007 |
| Professor of the Year, Duke Eye Center, Duke University School of Medicine | 2007-2008 |
| Practicing Ophthalmologists Committee, Retina Section, AAO | 2008-2010 |
| Honor Award, American Society of Retina Specialists | 2008 |
| Honor Award, American Academy of Ophthalmology | 2009 |
| Senior Honor Award, American Society of Retina Specialists | 2010 |
| Best Doctors in America | 2010-current |

**Scientific Presentations at National and International Meetings**

1.  "Thermal injury during phacoemulsification," American Academy of Ophthalmology Annual Meeting, San Francisco, CA, 1993

2.  "Hypotony maculopathy following filtering surgery with mitomycin C: incidence and treatment," American Academy of Ophthalmology Annual Meeting, Atlanta, GA, 1995

3.  "Recurrent opacification after YAG capsulotomy in retinitis pigmentosa patients," American Society of Cataract and Refractive Surgery Annual Meeting, Seattle, WA, 1996

4.      "Digital Imaging for Screening of Diabetic Retinopathy in U.S. Air Force:
        Experience with a Pilot Program," U. S. Air Force Epidemiology Task Force,
        Brooks Air Force Base, TX, 2000

5.      "Central Serous Retinopathy Following LASIK," American Society of Cataract
        and Refractive Surgery Annual Meeting, San Diego, CA, 2001

6.      "Nicotine Increases Severity and Size of Choroidal Neovascularization in a Mouse
        Model,"Association for Research in Vision and Ophthalmology Annual Meeting,
        Ft. Lauderdale, FL, 2002

7.      "Verteporfin Therapy with Delayed Light Application of Occult Choroidal
        Neovascularization in Age-Related Macular Degeneration," Combined Retina
        Society and Vitreous Society Annual Meeting, San Francisco, CA, 2002

8.      "Nicotine Increases Severity of Choroidal Neovascularization in Exudative
        Age-Related Macular Degeneration," Society for Research on Nicotine and
        Tobacco Annual Meeting, New Orleans, LA, 2003

9.      "The Effects of Nicotine in Choroidal Neovascularization: Characterization of
        Nicotinic Receptors in Choroid and Reduction of Choroidal Neovascularization
        Size and Severity via Receptor Blockade," Association for Research in Vision and
        Ophthalmology Annual Meeting, Ft. Lauderdale, FL, 2003

10.     "Nicotine increases size and severity of experimental choroidal
        neovascularization," American Society of Retina Specialists Annual Meeting,
        New York, NY, 2003

11.     "Nicotine Worsens Choroidal Neovascularization," American Academy of
        Ophthalmology Annual Meeting, Anaheim, CA, 2003

12.     "Cigarette smoke-related oxidants and the development of sub-RPE deposits in an
        experimental mouse model for Dry Age-Related Macular Degeneration,"
        Association for Research in Vision and Ophthalmology Annual Meeting, Ft.
        Lauderdale, FL, May, 2004

13.     "Nicotine worsens neovascular macular degeneration," XIIIth International
        Vascular Biology Meeting, Toronto, Ontario, Canada, June, 2004

14.     "Ultra-widefield angiography in the diagnosis and management of peripheral
        nonperfusion in diabetic retinopathy," American Academy of Ophthalmology
        Annual Meeting, New Orleans, LA, October, 2004

15.     "25-gauge vitrectomy in the management of uveitis," Uveitis for the Other
        Subspecialist Meeting at Bascom Palmer Eye Institute, Miami, FL, February, 2005

16.     "Clearing the smoke on macular degeneration: nicotine in wet macular
        degeneration," 33rd Annual Aspen Retinal Detachment Society Meeting, Aspen,
        CO, March 2005

17.     "Ultrawide-field angiography: The association of severe peripheral retinal
        nonperfusion with diabetic macular edema," 33rd Annual Aspen Retinal
        Detachment Society Meeting, Aspen, CO, March 2005

18.    "Cigarette smoking and wet age-related macular degeneration," ARVO Minisymposium on smoking and age-related macular degeneration, Ft. Lauderdale, FL, May, 2005

19.    "25-gauge vitrectomy in phacoemulsification surgery:  management of shallow anterior chamber and vitreous loss" Invited speaker at Puerto Rico Society of Ophthalmology Annual Meeting, Rio Grande, PR, May 2005

20.    "Transitioning to 25-gauge vitrectomy for the retina surgeon" Invited speaker at Puerto Rico Society of Ophthalmology Annual Meeting, Rio Grande, PR, May 2005

21.    "25-gauge vitrectomy to deepen anterior chamber before cataract surgery in highly hyperopic patients," American Society for Cataract and Refractive Surgery Annual Meeting, Washington, D.C., April, 2005

22.    "Ultra-widefield angiography in diagnosis and management of diabetic macular edema," Duke Advanced Vitreoretinal Surgery Course, Durham, NC, April 2006

23.    "Smoking and age-related macular degeneration," Duke Advanced Vitreoretinal Surgery Course, Durham, NC, April 2006

24.    "Transitioning to 25-gauge vitrectomy for the retinal surgeon" Duke Advanced Vitreoretinal Surgery Course, Durham, NC, April 2006

25.    "VEGF Inhibition: A new treatment paradigm for all forms of wet AMD," Keynote address, Nordic Ophthalmic Congress, Copenhagen, Denmark, June 2006

26.    "Cigarette smoke increases severity of experimental choroidal neovascularization (CNV): role of inflammation," Association for Research in Vision and Ophthalmology Annual Meeting, Ft. Lauderdale, FL, May 2005

27.    "Ultrawide-field angiography: The association of severe peripheral retinal nonperfusion with diabetic macular edema," 18th Congress of German Ophthalmic Surgeons, Nurenberg, Germany, June 2005

28.    "The role of smoking and inflammation in choroidal neovascularization," Retina Society Annual Meeting, San Diego, CA, September 2005

29.    "Cigarette smoke and nicotine both increase recruitment of activated macrophages in early choroidal neovascularization," Association for Research in Vision and Ophthalmology Annual Meeting, Ft. Lauderdale, FL, May 2006

30.    "Relative systemic safety of differing therapies for neovascular AMD," American Society of Retina Specialists Annual Meeting, Cannes, France, September 2006

31.    "Vision-related quality of life through 12 months in predominantly classic neovascular AMD: an analysis of ANCHOR: a Phase III randomized trial of ranibizumab and verteporfin PDT," Retina Society Annual Meeting, Cape Town, South Africa, October 2006

32.    "Safety of Pegaptanib Sodium in AMD: Three-Year Results of the VISION Trial," American Academy of Ophthalmology Annual Meeting, Las Vegas, NV, October 2006

33.    "Smoking and age-related macular degeneration," Raymond C. Cook Visiting Professor, Jones Eye Institute, University of Arkansas, March 2007

34.    "Pegaptanib in management of neovascular age-related macular degeneration," Valencia Society of Ophthalmology Annual Meeting, Valencia, Spain, March 2007

35.    "Nicotine in age-related macular degeneration," Visiting Professor Lecture commemorating retirement of Caleb Gonzalez, Yale Eye Center, New Haven, CT, May 2007

36.    "Diabetic retinopathy: a new look at an old foe. New diagnostic and therapeutic approaches," Combined Annual Meeting of the North Carolina Society of Eye Physicians and Surgeons and the South Carolina Society of Ophthalmology, Asheville, NC, September 2007

37.    "Optical coherence tomography for the anterior segment surgeon: why you can't afford to be without it.  A case-oriented approach," Combined Annual Meeting of the North Carolina Society of Eye Physicians and Surgeons and the South Carolina Society of Ophthalmology, Asheville, NC, September 2007

38.    "Vision-related function after ranibizumab treatment by better- or worse-seeing eye: 24-month results from MARINA," Association for Research in Vision and Ophthalmology Annual Meeting, Ft. Lauderdale, FL, May 2007

39.    "Diabetic macular edema secondary to peripheral nonperfusion: a new etiology visualized by ultra-widefield fluorescein angiography and a novel treatment strategy," DOG Congress, Berlin, Germany, September 2007

40.    "The relationship between the 25-item National Eye Institute Visual Function Questionnaire (VFQ-25) and performance-based tests," Retina Society Annual Meeting, Boston, MA, September 2007

41.    "Improvements in Patient-Reported National Eye Institute Visual Function Questionnaire-25 (VFQ-25) Following Treatment With Ranibizumab in Neovascular AMD Patients," American Academy of Ophthalmology Annual Meeting, New Orleans, LA, November 2007

42.    "Severe Vitritis/Sterile Endophthalmitis Associated With Intravitreous Injection of Bevacizumab," American Academy of Ophthalmology Annual Meeting, New Orleans, LA, November 2007

43.    "Relationship of Visual Acuity and NEI-VFQ-25 Visual Function in Exudative Age-Related Macular Degeneration," Association for Research in Vision and Ophthalmology Annual Meeting, Ft. Lauderdale, FL, April 2008

44.    "Selective Anti-VEGF Therapy Pegaptanib for all stages of Neovascular AMD," Invited Speaker, Spanish Vitreoretinal Society Annual Meeting, Zaragoza, Spain, March 2008

45.    "Selective Anti-VEGF Therapy Pegaptanib for all stages of Neovascular AMD," Invited Speaker, Japanese Ophthalmological Society Annual Meeting, Yokohama, Japan, April 2008

46. "Ultra-widefield angiography in the diagnosis of diabetic macular edema secondary to peripheral nonperfusion: clinical characteristics and a novel treatment strategy," Canadian Ophthalmologic Society Annual Meeting, Whistler, BC, Canada, June 2008

47. "Driving is associated with less vision-related dependency in neovascular AMD patients," Retina Society Annual Meeting, Scottsdale, AZ, September 2008

48. "Neovascular AMD Patients in ANCHOR Who Still Drive Report More Control and Less Dependence on Others Than Those Who Do Not Drive," American Society of Retina Specialists Meeting, Maui, Hawaii, October 2008

49. "NEI VFQ-25 Activities Pertinent to Patients with Neovascular AMD," American Academy of Ophthalmology Annual Meeting, Atlanta, November 2008

50. "National Eye Institute Visual Function Questionnaire-25 (VFQ) Reading Items Improved Following Ranibizumab Treatment in MARINA and ANCHOR," Association for Research in Vision and Ophthalmology Annual Meeting, Ft. Lauderdale, FL, May 2009

51. "Estimated Cases of Legal Blindness Avoided in the United States with Ranibizumab for Neovascular Age-Related Macular Degeneration," Combined Meeting of ASRS, Retina Society, Macula Society, New York, NY, October 2009

52. "Evaluating the Outcome in AMD Patients Who Stopped Receiving Constant Interval Dosing and Had a Recurrence of the Neovascular Process," Combined Meeting of ASRS, Retina Society, Macula Society, New York, NY, October 2009

53. "NEI VFQ-25 Outcomes in PIER within Subgroups Defined by OCT Fluid Status," Combined Meeting of ASRS, Retina Society, Macula Society, New York, NY, October 2009

54. "Improved Contrast Sensitivity in AMD Patients after Treatment with Ranibizumab in MARINA and ANCHOR," Combined Meeting of ASRS, Retina Society, Macula Society, New York, NY, October 2009

55. "Vision-Related Mental Health Changes in Response to Ranibizumab Therapy in MARINA and ANCHOR," American Academy of Ophthalmology Annual Meeting, San Francisco, CA, October 2009

56. "Improvements in Reading Speed After 6 Months of Ranibizumab Treatment in BRAVO and CRUISE," Association for Research in Vision and Ophthalmology Annual Meeting, Ft. Lauderdale, FL, May 2010

57. "RaScaL: A Pilot Study Assessing Efficacy of Ranibizumab + Peripheral Scatter Laser in DME Associated with Peripheral Nonperfusion," American Society of Retina Specialists Annual Meeting, Vancouver, B.C., Canada, August 2010

58. "RaScaL: A Prospective Clinical Trial Assessing Efficacy and Durability of Ultra-Widefield Angiography-Directed Scatter Laser Plus Ranibizumab in the Treatment of Diabetic Macular Edema Associated with Peripheral Nonperfusion," Club Jules Gonin Meeting, Kyoto, Japan, November 2010

59.     Effects of Ranibizumab on Reading Speed Through 24 Months in Patients with Vision Impairment from Diabetic Macular Edema (DME), Retina Society Annual Meeting, Rome, Italy, September 2011

60.     "Efficacy and Safety of 2.0 mg and 0.5 mg Ranibizumab in Patients with Subfoveal Neovascular Age-Related Macular Degeneration: The HARBOR Study," World Ophthalmology Congress, Abu Dhabi, United Arab Emirates, February 2012

61.     "RaScaL Study: A novel treatment strategy for diabetic macular edema associates with peripheral retinal nonperfusion on ultrawide-field angiography," World Ophthalmology Congress, Abu Dhabi, United Arab Emirates, February 2012

62.     "Efficacy and Safety of 2.0 mg and 0.5 mg Ranibizumab in Patients with Subfoveal Neovascular Age-Related Macular Degeneration: The HARBOR Study," Association for Research in Vision and Ophthalmogy, Ft. Lauderdale, FL, May  2012

63.     "The HARBOR Study: Effect of Every 4 Week versus PRN Dosing with Ranibizumab (2.0 mg vs 0.5 mg) on Patient-Reported Visual Function in Subfoveal Neovascular Age-Related Macular Degeneration," Retina Society Annual Meeting, Washington, DC, October 2012

64.     "Improved Contrast Sensitivity in Retinal Vein Occlusion Patients after Treatment with Ranibizumab in BRAVO and CRUISE," American Society of Retina Specialists Annual Meeting, Toronto, Ontario, Canada, August 2013

65.     "Long-term Control of Macular Edema Associated with Branch Retinal Vein Occlusion with Combination Ranibizumab and Ultra-Wide Field Angiography-Guided Peripheral Scatter Laser," Vit Buckle Society Annual Meeting, Las Vegas, NV, March 2014

66.     "Revolutionary: Novel treatment paradigm for treatment of macular edema secondary to branch retinal vein occlusion associated with peripheral nonperfusion," Florida Society of Ophthalmology Annual Meeting, Orlando, FL June 2014

67.      "REVOLUTIONARY: A Pilot Trial of Combination Peripheral Scatter Laser and Ranibizumab for Macular Edema Secondary to Branch Retinal Vein Occlusion," American Society of Retina Specialists Annual Meeting, San Diego, CA, August 2014

68.     REVOLUTIONARY: A Pilot Trial of Combination Peripheral Scatter Laser and Ranibizumab for Macular Edema Secondary to Branch Retinal Vein Occlusion," Retina Society Annual Meeting, Philadelphia, PA, September 2014

69.     Long-term Outcomes in Eyes Receiving Fixed-Interval Dosing of Anti-vascular Endothelial Growth Factor Agents in Wet Age-Related Macular Degeneration (FIDO Study), Retina Society Annual Meeting, Paris, France, October 2015

70.     Long-Term Continuous Treatment of Wet AMD with Anti-vascular Endothelial Growth Factor Agents (FIDO Study): 10-Year Results, Club Vit Meeting, Mykonos, Greece, June 2017

71.     10-Year Outcomes of Eyes Receiving Continuous, Fixed-Interval Dosing of Anti-Vascular Endothelial Growth Factor Agents for Neovascular Age-Related Macular Degeneration (FIDO Study), Retina Society Annual Meeting, Boston, MA, October 2017

72.     10-Year Outcomes of Eyes Receiving Continuous, Fixed-Interval Dosing of Anti-Vascular Endothelial Growth Factor Agents for Neovascular Age-Related Macular Degeneration (FIDO Study), Retina Society Annual Meeting, Boston, MA, October 2017

73.     Effect of Fluocinolone Acetonide 0.2 μg/day (FAc) (Iluvien) Implant on the Decision to Drive in Patients with Diabetic Macular Edema, Retina Society Annual Meeting, San Francisco, CA, October 2018

74.     Vision Threatening Complications in Patients with Diabetic Macular Edema: A Post Hoc Analysis from the VISTA and VIVID Trials, Macula Society Annual Meeting, Bonita Springs, FL, February 2019

75.     FIDO Study: 10-Year Visual Acuity Outcomes of Patients Receiving Continuous, Fixed-Interval Dosing of Anti-VEGF Agents for Wet AMD, American Society of Retina Specialists Annual Meeting, Chicago, IL, July 2019

76.     FIDO Study: 10-Year Visual Acuity Outcomes of Patients Receiving Continuous, Fixed-Interval Dosing of Anti-VEGF Agents for Wet AMD, Retina Society Annual Meeting, London, UK, September 2019

77.     Safety and Efficacy of Dextenza Implant (Intracanalicular Dexamethasone 0.4 mg) for Postoperative Control of Inflammation after Macular Surgery, American Society of Retina Specialists Annual Meeting, Virtual, July 2020

78.     Safety and Efficacy of Dextenza Implant (Intracanalicular Dexamethasone 0.4 mg) for Postoperative Control of Inflammation after Vitrectomy, Retina Society Annual Meeting, Virtual, September 2020

79.     Safety and Efficacy of Dextenza Implant (Intracanalicular Dexamethasone 0.4 mg) for Postoperative Control of Inflammation after Vitrectomy, Euretina Annual Meeting, Virtual, October 2020

80.     FIDO Study: 15-Year Visual Acuity Outcomes of Patients Receiving Continuous, Fixed-Interval Dosing of Anti-VEGF Agents for Wet AMD, Macula Society Annual Meeting, Miami, FL February 2023

**Organizations and Participation**:

| | |
|---|---|
| American Academy of Ophthalmology, Fellow | 1993 – present |
| American Academy of Ophthalmology, Practicing Ophthalmologists Curriculum for Maintenance of Certification (MOC) Exam Study Guide | 2008-2012 |
| American Board of Ophthalmology, Oral Board Examiner | 2007 – present |
| The Retina Society, Member | 2006 – present |
| Chair of Socioeconomic Committee | 2022 - present |
| American Society of Retina Specialists, Member | 2002 – present |
| Association of Veterans Affairs Ophthalmologists, Member | 2001 – 2008 |

|  |  |
|---|---|
| Secretary-Treasurer | 2002 – 2004 |
| Vice-President | 2004 – 2006 |
| President | 2006 – 2008 |
| Club Vit | 2012-present |
| Vit Buckle Society | 2012-present |
| Macula Society | 2019-present |

**Editorial Experience:**

Editorial Board

|  |  |
|---|---|
| Federal Practitioner | 2004-present |
| Ophthalmology Practice Options | 2006-present |

Scientific Reviewer
American Journal of Ophthalmology
Archives of Ophthalmology
British Journal of Ophthalmology
Diabetes Care, American Diabetes Association Journal
European Journal of Ophthalmology
Federal Practitioner
Investigative Ophthalmology and Visual Science
JAMA Ophthalmology
Journal of VitreoRetinal Diseases
Ophthalmic Surgery and Lasers
Ophthalmology
Retina
Veterans Affairs Ophthalmology Association Newsletter

**Teaching Responsibilities Including Continuing Education:**

Duke Eye Center-Duke University School of Medicine (2005-2008)
I.    Retina Fellows:
          1. Two days/wk clinic
          2. 1.5 days/wk surgery

II.   Ophthalmology Residents:
          1.    First-year resident rotations – 20 weeks
                Introduction to OR, laser surgery, clinic supervision
          2.    Second-year resident rotations - 10 weeks
                Cataract Surgery (OR cases 1 day/wk)
          3.    Third-year residents – 10 wks
                Advanced Surgical Cases including Vitreoretinal (OR 1 day/wk)

III.  Medical students:
          1.    Second Year and Fourth Year Medical Student Rotation
                Clinical exam/diagnosis, surgical assisting

Bascom Palmer Eye Institute-University of Miami School of Medicine (2000-2005)
I.    Retina Fellows:
          1. One day/wk clinic
          2. One day/wk surgery

II.   Ophthalmology Residents:
          1.    First-year resident rotations – 12 weeks
                Introduction to OR, laser surgery, clinic supervision
          2.    Second-year residents - 6 weeks

        Cataract Surgery (OR cases 4 days/wk)
    3.   Third-year residents – 6 wks
        Advanced Surgical Cases including Vitreoretinal (OR 3 days/wk)

  III.  Medical students:
    2.   Third Year and Fourth Year Medical Student Rotation
        Clinical exam/diagnosis, surgical assisting, surgery on bank eyes

    3.   Medical student lecture series (monthly)
        Age-related macular degeneration

## Areas of Research Interest:

    Age-related macular degeneration: cigarette smoking, hypertension, inflammation
    Optical coherence tomography in evaluation of pre- and post-op cataract patients
    Ultra-widefield angiography scanning laser ophthalmoscopy in retinal vascular
      disease
    Digital imaging techniques and technologies for diabetic retinopathy screening
    Ophthalmic surgical teaching techniques

## Clinical Trial Committees/Boards:

    03/09-03/12  **HARBOR Trial: High-Dose Lucentis (Anti-VEGF) in Choroidal**
        **Neovascularization Secondary to Age-related Macular Degeneration**
        Genentech, South San Francisco, CA, United States
        **Steering Committee Member**

    02/18-05/20  **Samsung Bioepis SB11-G31-AMD (Ranibizumab Biosimilar)**
        Samsung Bioepis, South Korea
        **Data Safety Monitoring Board Member**

    05/20-present  **Samsung Bioepis SB15-3001-AMD (Aflibercept Biosimilar)**
        Samsung Bioepis, South Korea
        **Data Safety Monitoring Board Member**

## Funded Clinical Trials and Research:

    10/02-9/05  **Cigarette Smoking in Neovascular Age-Related Macular**
        **Degeneration**
        Veterans Affairs Medical Research Merit Review Grant
        Principal Investigator: Ivan J. Suñer, M.D.
        Percent Effort: 20%
        Total Costs: $515,000

    07/04-06/07  **Cigarette Smoking and Macrophage Activation in Neovascular**
        **Age-Related Macular Degeneration**
        Flight Attendants Medical Research Institute Grant
        Co-Investigator: Ivan J. Suñer, M.D.
        Principal Investigator: Scott W. Cousins, M.D.
        Percent Effort: 10%
        Total Costs: $430,000

    07/03-6/05  **ANCHOR Trial: Lucentis (Anti-VEGF) in Predominantly Classic**
        **Choroidal Neovascularization Secondary to Age-related Macular**
        **Degeneration**
        Genentech, South San Francisco, CA, United States
        Co-Investigator: Ivan J. Suñer, M.D.

Principal Investigator: Scott W. Cousins, M.D.

**07/03-6/05  MARINA Trial: Lucentis (Anti-VEGF) in Minimally Classic Choroidal Neovascularization Secondary to Age-related Macular Degeneration**
Genentech, South San Francisco, CA, United States
Co-Investigator: Ivan J. Suñer, M.D.
Principal Investigator: Scott W. Cousins, M.D

**07/06-6/08  Nicotinic Receptors in Neovascular Age-Related Macular Degeneration**
International Retinal Research Foundation Grant
Principal Investigator: Ivan J. Suñer, M.D.
Percent Effort: 20%
Total Costs: $100,000

**11/05-11/08 Fluocinolone Acetonide Intravitreal Insert in Diabetic Macular Edema**
Alimera Sciences, Alpharetta, Georgia, United States
Co-Investigator, Injecting Physician

**11/05-11/08 Posurdex in Retinal Vein Occlusion**
Allergan, Irvine, CA, United States
Co-Investigator, Injecting Physician

**11/05-11/08 SAILOR trial for Choroidal Neovascularization Secondary to Age-Related Macular Degeneration (FVF368g)**
Genentech, South San Francisco, CA, United States
Co-Investigator: Ivan J. Suñer, M.D.
Principal Investigator: Sharon Fekrat, M.D

**11/05-11/08 Anecortave Acetate Risk Reduction Trial**
Alcon Labs, Dallas, TX, United States
Co-Investigator: Ivan J. Suñer, M.D.
Principal Investigator: Sharon Fekrat, M.D

**11/05-12/08 Age-Related Eye Disease Study II**
National Eye Institute, Bethesda, MD, United States
Co-Investigator: Ivan J. Suñer, M.D.
Principal Investigator: Scott W. Cousins, M.D

**2/08 – 12/09 Comparison of Age-Related Macular Degeneration Treatments Trials**
National Eye Institute, Bethesda, MD, United States
Principal Investigator: Ivan J. Suñer, M.D

**02/08-09/11  Ranibizumab and Scatter Laser in Diabetic Macular Edema Secondary to Peripheral Ischemia (RaScaL Trial)**
Genentech, South San Francisco, CA, United States
Optos, plc, Scotland, United Kingdom
Principal Investigator: Ivan J. Suñer, M.D.

**03/09-03/12  HARBOR Trial: High-Dose Lucentis (Anti-VEGF) in Choroidal Neovascularization Secondary to Age-related Macular Degeneration**

Genentech, South San Francisco, CA, United States
Principal Investigator and Steering Committee Member: Ivan J. Suñer, M.D.

07/10-03/13  **A PHASE 1, DOUBLE-MASKED, PLACEBO-CONTROLLED STUDY
EVALUATING THE SAFETY, TOLERABILITY, IMMUNOGENICITY,
PHARMACOKINETICS, AND PHARMACODYNAMICS OF MULTIPLE
ESCALATING DOSAGES OF RN6G IN SUBJECTS WITH ADVANCED DRY,
AGE-RELATED MACULAR DEGENERATION (AMD) INCLUDING
GEOGRAPHIC ATROPHY**
Pfizer, New York, NY, United States
Principal Investigator: Ivan J. Suñer, M.D.

10/10-10/11  **A PHASE 2, RANDOMIZED, DOUBLE-MASKED, CONTROLLED
TRIAL TO ESTABLISH THE SAFETY AND EFFICACY OF INTRAVITREOUS
INJECTIONS OF E10030 (ANTI-PDGF PEGYLATED APTAMER) GIVEN IN
COMBINATION WITH LUCENTIS® IN SUBJECTS WITH NEOVASCULAR
AGE-RELATED MACULAR DEGENERATION**
Ophthotech, Princeton, NJ, United States
Principal Investigator: Ivan J. Suñer, M.D.

11/10-6/12  **Retinal Vein Occlusion Treatment With Scatter Laser Guided By
Ultra-Widefield Angiography In Combination With Ranibizumab Study
(Revolutionary Trial)**
Genentech, South San Francisco, CA, United States
Principal Investigator: Ivan J. Suñer, M.D.

5/11-12/13  **A PHASE 2 Evaluation of Topical NSAIDs in Eyes with NonCentral
Involved DME**
DRCR.net
Principal Investigator: Ivan J. Suñer, M.D.

2/12-2/15  **Protocol S: Prompt Panretinal Photocoagulation versus Intravitreal
Ranibizumab with Deferred Panretinal Photocoagulation for Proliferative Diabetic
Retinopathy**
DRCR.net
Principal Investigator: Ivan J. Suñer, M.D.

8/12-10/18  **Protocol T:** A **Comparative Effectiveness Study of Intravitreal Aflibercept,
Bevacizumab, and Ranibizumab for Diabetic Macular Edema**
DRCR.net
Principal Investigator: Ivan J. Suñer, M.D.

10/13-10/16  A **PHASE 3, RANDOMIZED, DOUBLE-MASKED, CONTROLLED
TRIAL TO ESTABLISH THE SAFETY AND EFFICACY OF INTRAVITREOUS
INJECTIONS OF E10030 (ANTI-PDGF PEGYLATED APTAMER) GIVEN IN
COMBINATION WITH LUCENTIS® IN SUBJECTS WITH NEOVASCULAR
AGE-RELATED MACULAR DEGENERATION**
Ophthotech, Princeton, NJ, United States
Principal Investigator: Ivan J. Suñer, M.D.

11/13-11/15  **Treatment for Central-Involved Diabetic Macular Edema in Eyes with
Very Good Visual Acuity**
DRCR.net
Principal Investigator: Ivan J. Suñer, M.D.

9/14-6/17 A **PHASE 3 Multicenter, Randomized, Double-Masked, Sham-Controlled Study to Assess the Efficacy and Safety of Lampalizumab Administered Intravitreally to Patients with Geographic Atrophy Secondary to Age-related Macular Degeneration (GX29176): CHROMA Study**
Genentech
Principal Investigator: Ivan J. Suñer, M.D.

10/15-6/18 **Safety and Efficacy of Abicipar Pegol (AGN-150998) in Patients with Neovascular Age-Related Macular Degeneration: SEQUOIA Study**
Allergan, Irvine, CA, United States
Principal Investigator: Ivan J. Suñer, M.D.

11/16- 11/18 Intravitreous **Anti-VEGF vs Prompt Vitrectomy for Vitreous Hemorrhage from Proliferative Diabetic Retinopathy: AC Study**
DRCR.net
Principal Investigator: Ivan J. Suñer, M.D.

3/17-3/19 A **PHASE 2 Multicenter Randomized Active Treatment-Controlled Study of the Efficacy and Safety of the Ranibizumab Port Delivery System for Sustained Delivery of Ranibizumab in Patients with Subfoveal Neovascular Age-related Macular Degeneration (GX28228): LADDER Study**
Genentech
Principal Investigator: Ivan J. Suñer, M.D.

8/18-present **YOSEMITE: GR40349: A PHASE III, MULTICENTER, RANDOMIZED, DOUBLE-MASKED, ACTIVE COMPARATOR-CONTROLLED STUDY TO EVALUATE THE EFFICACY AND SAFETY OF RO6867461 IN PATIENTS WITH DIABETIC MACULAR EDEMA** Genentech
Principal Investigator: Ivan J. Suñer, M.D.

9/18-present **ARCHWAY:  GR40548: A PHASE III, MULTICENTER, RANDOMIZED, VISUAL ASSESSOR MASKED, ACTIVE-COMPARATOR STUDY OF THE EFFICACY, SAFETY, AND PHARMACOKINETICS OF THE PORT DELIVERY SYSTEM WITH RANIBIZUMAB IN PATIENTS WITH NEOVASCULAR AGE-RELATED MACULAR DEGENERATION**
Genentech
Principal Investigator: Ivan J. Suñer, M.D.

9/18-present **PORTAL: GR40549: A MULTICENTER, OPEN-LABEL EXTENSION STUDY TO EVALUATE THE LONG-TERM SAFETY AND TOLERABILITY OF THE PORT DELIVERY SYSTEM WITH RANIBIZUMAB IN PATIENTS WITH NEOVASCULAR AGE-RELATED MACULAR DEGENERATION**
**Genentech**
Principal Investigator: Ivan J. Suñer, M.D.

2/12-2/15 *Protocol AC: Prompt Panretinal Photocoagulation versus Intravitreal Ranibizumab with Deferred Panretinal Photocoagulation for Proliferative Diabetic Retinopathy*
DRCR.net
Principal Investigator: Ivan J. Suñer, M.D.

4/19-present **LUCERNE: GR40844: A PHASE III, MULTICENTER, RANDOMIZED, DOUBLE-MASKED, ACTIVE COMPARATOR−CONTROLLED STUDY TO EVALUATE THE EFFICACY AND SAFETY OF FARICIMAB IN PATIENTS WITH NEOVASCULAR AGE-RELATED MACULAR DEGENERATION**
Genentech
Principal Investigator: Ivan J. Suñer, M.D.

6/19-present **DERBY: APL102-303: A PHASE III, MULTI-CENTER, RANDOMIZED, DOUBLE-MASKED, SHAM-CONTROLLED STUDY TO COMPARE THE EFFICACY AND SAFETY OF INTRAVITERAL APL-2 THERAPY WITH SHAM INJECTIONS IN PATIENTS WITH GEOGRAPHY ATROPHY (GA) SECONDARY TO AGE-RELATED MACULAR DEGENERATION (AMD)**
Apellis
Principal Investigator: Ivan J. Suñer, M.D.

9/19- present **PAGODA: GR40550: A PHASE III, MULTICENTER, RANDOMIZED, VISUAL ASSESSOR−MASKED, ACTIVE COMPARATOR STUDY OF THE EFFICACY, SAFETY, AND PHARMACOKINETICS OF THE PORT DELIVERY SYSTEM WITH RANIBIZUMAB IN PATIENTS WITH DIABETIC MACULAR EDEMA**
Genentech
Principal Investigator: Ivan J. Suñer, M.D.

11/19-present **DAZZLE: KSI-CL-102: A PHASE 2, PROSPECTIVE, RANDOMIZED, DOUBLE-MASKED, ACTIVE COMPARATOR-CONTROLLED. MULTI-CENTER STUDY TO INVESTIGATE THE EFFICACY AND SAFETY OF REPEATED INTRAVITERAL ADMINISTRATION OF KSI-301 IN SUBJECTS WITH NEOVASCULAR (WET) AGE-RELATED MACULAR DEGENERATION**
Kodiak
Principal Investigator: Ivan J. Suñer, M.D

01/20-present **KINGFISHER: CRTH258B2305: A 12-Month, 2-Arm, Randomized, Double-Masked, Multicenter Phase III Study Assessing the Efficacy and Safety of Brolucizumab every 4 weeks versus Aflibercept every 4 weeks in Adult Patients with Visual Impairment due to Diabetic Macular Edema**
Novartis
Principal Investigator: Ivan J. Suñer, M.D

**Recognitions for Clinical Trials and Research**:
> **First Patient Screened in Study (Global):**
>> LADDER Oral Anticoagulant Substudy
>> YOSEMITE Study
>> RHONE-X Study
>> PAVILION Study

> **First Patient Randomized in Study (Global):**
>> LADDER Oral Anticoagulant Substudy
>> YOSEMITE Study

> **First Patient Treated in Study (Global):**
>> LADDER Oral Anticoagulant Substudy

YOSEMITE Study
RHONE-X Study

**High Enroller Recognition (Global):**
CHROMA Trial
LADDER Trial
PAGODA Trial